# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
AUG 2 3 2018
CLERK US DISTRICT C...
SOUTHERN DISTRICT OF C...

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

SEALED
CASE UNSEALED PER ORDER OF COURT

12612 Cloudbreak Avenue, San Diego, California 92129

Case No. 18MJ4591

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1.

located in the _____Southern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841, 846 | Distribution of a controlled substance, possession of a controlled substance with intent to distribute, and conspiracy to do the same |
| 21 U.S.C. 843 | Illegal use of a communication facility |

The application is based on these facts:

See affidavit of Michael J. Rod.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Michael J. Rod, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/23/18

_____
Judge's signature

City and state: San Diego, California

Hon. William V. Gallo, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A-1

## LOCATION TO BE SEARCHED

12612 Cloudbreak Avenue, San Diego, California 92129

12612 Cloudbreak Avenue, San Diego, California 92129 is a two-story single family residence. The residence is described as a two-story white stucco structure with a tan colored tile roof and solar panels. The front door is recessed and to the left of a brown colored two car garage. The numbers "12612" are located to the right of the brown colored two-car garage and located immediately above the light fixture. The residence is depicted in the below photograph:

**Target Location:**



## ATTACHMENT B

## ITEMS TO BE SEIZED

probable cause that the following constitute evidence of violations of 21 [U.S.C. Section]s 841(a)(1) and 846; and 21 U.S.C. Section 843(b); and that they will be found [at the Targe]t **Location** and **Target Vehicle-14**:

1. Controlled substances, including methamphetamine.

2. Paraphernalia for packaging, using, weighing, cutting, testing, distributing, [and id]entifying controlled substance(s).

3. Documents reflecting the possession or distribution of methamphetamine or [oth]er controlled substances, the acquisition of property obtained with proceeds from [n]arcotics trafficking, and interstate and foreign travel in connection with narcotics trafficking.

4. Money, assets, and evidence of assets derived from or used in the possession or distribution of methamphetamine or other controlled substances and records thereof; including banking and financial institution records.

5. Items or personal property tending to show identity of persons in ownership, dominion and control of the **Target Location** and the **Target Vehicle-14**.

6. Any tangible photographs which document an association with other coconspirators and/or which display narcotics, or money and proceeds from narcotics transactions.

7. Surveillance cameras, equipment associated with the surveillance cameras, and/or surveillance recordings from the **Target Location**.

8. Cellular telephones used by and/or belonging to ARMADO.

9. Electronic records, communications, and data including, but not limited to emails, text messages, photographs, audio files, videos, and location data, **for the period from January 1, 2018 to and including the day the phone is seized** pursuant to this warrant, on cellular telephones used by and/or belonging to ARMADO.

18

a. tending to identify efforts to possess or distribute methamphetamine or some other controlled substance;

b. tending to identify accounts, facilities, storage devices, and/or services–such as email addresses, IP addresses, and phone numbers–used to facilitate efforts to possess or distribute methamphetamine or some other controlled substance;

c. tending to identify co-conspirators, criminal associates, or others involved in possessing or distributing methamphetamine or some other controlled substance;

d. tending to identify travel to or presence at locations involved in the possession or distribution of methamphetamine or some other controlled substance, such as stash houses, load houses, or delivery points;

e. tending to identify the user of, or persons with control over or access to, the cellular telephone; and/or

f. tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved in the activities described above.

All of the above constituting: (1) evidence of a violation of distribution of controlled substance, possession of a controlled substance with intent to distribute, and conspiracy to do the same (21 U.S.C. Sections 841(a)(1) and 846); and illegal use of a communication facility (21 U.S.C. Section 843(b)); or (2) contraband, fruits of the same offenses or other items illegally possessed.

The seizure and search of cellular telephones shall follow the procedures outlined in the supporting affidavit. Deleted data, remnant data, slack space, and temporary and permanent files on the digital devices may be searched for the evidence above.