ROBERT S. BREWER, JR.
United States Attorney
MATTHEW BREHM
Assistant U.S. Attorney
California Bar No: 239288
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9774

Attorneys for the United States

FILED

APR 0 8 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>12612 Cloudbreak Avenue<br>San Diego, California 92129 | Case No.: 18MJ4591<br><br>**MOTION AND ORDER TO UNSEAL APPLICATION AND WARRANT** |

The UNITED STATES OF AMERICA, by and through its counsel, ROBERT S. BREWER, JR., United States Attorney, and Matthew Brehm, Assistant United States Attorney, hereby moves the Court to unseal the following sealed matters:

Case No.                Description

18mj4591                A search warrant for 12612 Cloudbreak Avenue
                        San Diego, California 92129

1   Individuals were arrested and indicted as a result of the investigation that the
2   above orders were executed in furtherance of. The United States requests these matters
3   be unsealed so they may be disclosed to the defense in the related case.

Respectfully Submitted,

ROBERT S. BREWER, JR.
United States Attorney

DATED: April 4, 2019

MATTHEW BREHM
Assistant U.S. Attorney

**SO ORDERED.**

DATED: 4/4/19

HON. ANDREW G. SCHOPLER
United States Magistrate Judge

*Motion and Order to Unseal*